

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-22-00317-CV
_____

MORDECAI NYACHIEO KOAKA, APPELLANT

V.

HARMONY APARTMENTS, APPELLEE

On Appeal from the County Court at Law No. 1
Tarrant County, Texas
Trial Court No. 2022-004405-1, Honorable Don Pierson, Presiding

March 8, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Mordecai Nyachieo Koaka, proceeding pro se, appeals from the trial court's judgment.[1] Koaka's brief was due January 30, 2023, but was not filed. By letter of February 6, 2023, we notified Koaka that the appeal was subject to dismissal for want

---

[1] Originally appealed to the Second Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts. *See* TEX. GOV'T CODE ANN. § 73.001.

of prosecution, without further notice, if a brief was not received by February 16.  To date, Koaka has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).


Per Curiam